USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First Circuit
No. 98-2069 GLENN WRIGHT, Plaintiff, Appellant, v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, Senior U.S. District Judge] Before Selya, Circuit Judge, Bownes, Senior Circuit Judge, and Stahl, Circuit Judge. Sandra Susse on brief for appellant. Kenneth S. Apfel, Commissioner, Social Security
Administration, Donald K. Stern, United States Attorney, and Karen
L. Goodwin, Assistant U.S. Attorney, on brief for appellee.
May 21, 1999 Per Curiam. After carefully considering the briefs and record on appeal, we affirm the judgment for substantially the reasons stated by the district court. The Commissioner's decision was supported by substantial evidence, even if some evidence in the record might have supported a different conclusion. Irlanda Ortiz v. Secretary of Health and Human Services, 955 F.2d 765, 769 (1st Cir. 1991); Rodriguez Pagan v. Secretary of Health & Human Services, 819 F.2d 1, 3 (1st Cir. 1987); cert. denied, 484 U.S. 1012 (1988). Affirmed. Loc. R. 27.1.